IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENTRELL DENO KELLY,

                                   *Plaintiff,*

v.

                                                          CAUSE NO. 3:26-CV-411-CWR-ASH

PENSKE TRUCK LEASING
COMPANY, L.P., and JOHN DOES 1-5,

                                   *Defendants.*

## ORDER

"Federal trial and appellate courts have the duty to examine the basis for their subject matter jurisdiction, doing so on their own motion if necessary." *Lewis v. Hunt*, 492 F.3d 565, 568 (5th Cir. 2007) (citation modified). That is the situation today.

Plaintiff invokes the Court's diversity jurisdiction. Because Defendant Penske Truck Leasing Company, L.P. is a limited partnership, and because parties cannot stipulate subject matter jurisdiction, the record must contain a supplemental pleading detailing the membership of the partnership and the residency of each member. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008) (noting that "like limited partnerships and other unincorporated associations or entities, the citizenship of an LLC is determined by the citizenship of all of its members"); *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1021 (11th Cir. 2004) ("In *Carden v. Arkoma Assoc.*, 494 U.S. 185, 195-96 (1990), the Supreme Court held that for purposes of diversity of citizenship, a limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens.") (cleaned up).

1

Plaintiff alleges that "Defendant, Penske Truck Leasing Co., L.P., is a foreign limited partnership from the State of Delaware registered to do business in the State of Mississippi through the Mississippi Secretary of State. Its principal place of business is in the city of Wilmington, state of Delaware." Docket No. 1 at 1. This is insufficient to establish diversity. *Settlement Funding, L.L.C. v. Rapid Settlements, Ltd.*, 851 F.3d 530, 536 (5th Cir. 2017) ("A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation.").

Within 30 days, Plaintiff shall, in coordination with Penske Truck Leasing Company, L.P., verify through a supplemental pleading the citizenship of every member of Penske Truck Leasing Company, L.P. so that the Court may analyze the basis for its jurisdiction in this matter.

**SO ORDERED**, this the 2nd day of July 2026.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE